# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4648

_____

JUSTIN FORD,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Mandamus -- Original Jurisdiction.

April 19, 2018

PER CURIAM.

The petition for writ of mandamus is denied. *See Hair v. Crews*, 116 So. 3d 616 (Fla. 1st DCA 2013).

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Justin Ford, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.